E-FILED
Friday, 05 November, 2004 11:41:43 AM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

NOV - 4 2004

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No: _____ |
| v. | ) | VIOLATION: |
| CHRISTIAN J. WELCH, | ) | Title 18, United States |
| | ) | Code, Sections 922(g)(1) |
| Defendant. | ) | and 924(a)(2). |

**INDICTMENT**

THE GRAND JURY CHARGES:

**COUNT I**

On or about March 31, 2004, in Christian County, in the Central District of Illinois, the defendant,

**CHRISTIAN J. WELCH,**

having previously been convicted of a felony offense under the laws of the United States, knowingly possessed a firearm, namely, a Davis Industries, Model P-32, .32 caliber semi-automatic pistol, serial # P163685, said firearm having previously traveled in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 922(a)(2).

A TRUE BILL

s/ foreperson
FOREPERSON

s/ Greg Harris
JAN P. MILLER
UNITED STATES ATTORNEY
(efs)