**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CRIMINAL NO: 04-30061 |
| | ) |
| CHRISTIAN J. WELCH, | ) |
| | ) |
| Defendant. | ) |

**PETITION FOR WRIT OF HABEAS
CORPUS AD PROSEQUENDUM**

Petitioner, the United States of America, by Jan Paul Miller, United States Attorney for the Central District of Illinois, and Esteban Sanchez, Assistant United States Attorney, respectfully show to this Honorable Court that Christian J. Welch (S01062; date of birth 4/13/70), is now confined in the Jacksonville Correctional Center, Jacksonville, Illinois, in the custody of the Warden thereof.

That Christian J. Welch's appearance is necessary in connection with the hearing in the above-captioned case which is scheduled to begin on December 7, 2004 at 2:00 p.m.

That, in the interest of all parties, it is necessary that Christian J. Welch be transported to the Central District of Illinois and be produced before the Honorable Byron Cudmore at the Federal Building at 600 East Monroe Street, Springfield, by the hour of 2:00 p.m. on December 7, 2004.

WHEREFORE, your Petitioner prays that a Writ of Habeas Corpus Ad Prosequendum be directed to the Warden of the Jacksonville Correctional Center, Jacksonville, Illinois, and the United States Marshal for the Central District of Illinois, Springfield, Illinois, commanding them to transport Christian Welch to the Central District of Illinois, and to produce him in the Federal Building at 600

East Monroe Street, Springfield, Illinois, by the hour of 2:00 p.m. on December 7, 2004, to testify at the hearing/trial in the above-captioned case and as necessary on any date thereafter.

        Respectfully Submitted,

        JAN PAUL MILLER
        UNITED STATES ATTORNEY

By:    s/Esteban F. Sanchez

        Esteban F. Sanchez
        Assistant United States Attorney
        Illinois Bar No. 3123604
        318 South 6th Street
        Springfield, IL 62701
        Telephone: (217) 492-4450
        esteban.sanchez@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CRIMINAL NO: 04-30061 |
| | ) |
| CHRISTIAN J. WELCH, | ) |
| | ) |
| Defendant. | ) |

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO:   The Warden of Jacksonville Correctional Center, Jacksonville, Illinois
       U.S. Marshal for the Central District of Illinois

G R E E T I N G S:

We command you, the Warden of the Jacksonville Correctional Center, Jacksonville, Illinois, and the United States Marshal for the Central District of Illinois, Springfield, Illinois, to transport Christian J. Welch (S01062; date of birth 4/13/70) to the Central District of Illinois, and to produce him before the Honorable Byron Cudmore in the Federal Building at 600 East Monroe Street, Springfield, Illinois, by the hour of 2:00 p.m. on December 7, 2004, and on any date necessary for his appearance as required; and after his appearance is no longer necessary in said cause, that you return Christian Welch to the Jacksonville Correctional Center, Jacksonville, under safe and secure conduct, and have you then and there this Writ.

WITNESS the Honorable John M. Waters, United States Clerk of the said Court, and the seal thereof, at the City of Springfield, this _____ day of _____, 2004.

_____
JOHN M. WATERS, Clerk
United States District Court
for the Central District of Illinois

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CRIMINAL NO: 04-30061 |
| | ) |
| CHRISTIAN J. WELCH, | ) |
| | ) |
| Defendant. | ) |

### **O R D E R**

This matter coming on to be heard on the Petition of the government, and it appearing to the Court that Christian J. Welch (S01062; date of birth 4/13/70), is now confined in the Jacksonville Correctional Center, Jacksonville, Illinois, in the custody of the Warden thereof, it further appearing that the said Christian J. Welch is the defendant in this cause and his appearance is necessary in connection with the hearing in the above cause on December 7, 2004 at 2:00 p.m.

IT IS, THEREFORE, ORDERED that a Writ of Habeas Corpus Ad Prosequendum be issued commanding the Warden of Jacksonville Correctional Center, Jacksonville, Illinois, and the United States Marshal for the Central District of Illinois, Springfield, Illinois, to transport Christian Welch to the Central District of Illinois and to produce himr before the Honorable Byron Cudmore in the Federal Building at 600 East Monroe Street, Springfield, Illinois, at 2:00 p.m. on December 7, 2004, and on any date necessary for hearing and from day to day thereafter until he shall have been released.

                                                                                           _____
                                                                                           BYRON G. CUDMORE
                                                                                           United States Magistrate Judge

ENTERED: This _____ day of _____, 2004.