E-FILED
Tuesday, 09 November, 2004 10:56:53 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CRIMINAL NO: 04-30061 |
| CHRISTIAN J. WELCH, | ) |
| Defendant. | ) |

### ORDER

This matter coming on to be heard on the Petition of the government, and it appearing to the Court that Christian J. Welch (S01062; date of birth 4/13/70), is now confined in the Jacksonville Correctional Center, Jacksonville, Illinois, in the custody of the Warden thereof, it further appearing that the said Christian J. Welch is the defendant in this cause and his appearance is necessary in connection with the hearing in the above cause on December 7, 2004 at 2:00 p.m.

IT IS, THEREFORE, ORDERED that a Writ of Habeas Corpus Ad Prosequendum be issued commanding the Warden of Jacksonville Correctional Center, Jacksonville, Illinois, and the United States Marshal for the Central District of Illinois, Springfield, Illinois, to transport Christian Welch to the Central District of Illinois and to produce himr before the Honorable Byron Cudmore in the Federal Building at 600 East Monroe Street, Springfield, Illinois, at 2:00 p.m. on December 7, 2004, and on any date necessary for hearing and from day to day thereafter until he shall have been released.

s/ Byron G. Cudmore
BYRON G. CUDMORE
United States Magistrate Judge

ENTERED: This 8th day of November, 2004.