E-FILED
Tuesday, 14 December, 2004 12:48:47 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CRIMINAL NO: 04-30061 |
| | ) |
| CHRISTIAN J. WELCH, | ) |
| | ) |
| Defendant. | ) |

## O R D E R

This matter coming on to be heard on the Petition of the government, and it appearing to the Court that Christian J. Welch (S01062; date of birth 4/13/70), is now confined in the Jacksonville Correctional Center, Jacksonville, Illinois, in the custody of the Warden thereof, it further appearing that the said Christian J. Welch is the defendant in this cause and his appearance is necessary in connection with the above trial on February 7, 2005 at 9:00 a.m.

IT IS, THEREFORE, ORDERED that a Writ of Habeas Corpus Ad Testificandum be issued commanding the Warden of Jacksonville Correctional Center, Jacksonville, Illinois, and the United States Marshal for the Central District of Illinois, Springfield, Illinois, to transport Christian Welch to the Central District of Illinois and to produce him before the Honorable Jeanne Scott in the Federal Building at 600 East Monroe Street, Springfield, Illinois, at 9:00 a.m. on February 7, 2005 at 9:00 a.m., and on any date necessary for hearing and from day to day thereafter until he shall have been released.

ENTERED:  December 10, 2004

s/ Byron G. Cudmore

_____
BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE