E-FILED
Tuesday, 14 December, 2004  04:26:39 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CRIMINAL NO: 04-30061 |
| CHRISTIAN J. WELCH, | ) |
| Defendant. | ) |

### WRIT OF HABEAS CORPUS AD Testificandum

TO:   The Warden of Jacksonville Correctional Center, Jacksonville, Illinois
       U.S. Marshal for the Central District of Illinois

GREETINGS:

We command you, the Warden of the Jacksonville Correctional Center, Jacksonville, Illinois, and the United States Marshal for the Central District of Illinois, Springfield, Illinois, to transport Christian J. Welch (S01062; date of birth 4/13/70) to the Central District of Illinois, and to produce him before the Honorable Jeanne Scott in the Federal Building at 600 East Monroe Street, Springfield, Illinois, for final pre-trial hearing on February 4, 2005 at 9:00 a.m. and on any date necessary for his appearance as required; and after his appearance is no longer necessary in said cause, that you return Christian Welch to the Jacksonville Correctional Center, Jacksonville, under safe and secure conduct, and have you then and there this Writ.

WITNESS the Honorable John M. Waters, United States Clerk of the said Court, and the seal thereof, at the City of Springfield, this ___14___ day of ___Dec___, 2004.

s/John M. Waters
JOHN M. WATERS, Clerk
United States District Court
for the Central District of Illinois