**E-FILED**
Wednesday, 26 January, 2005  11:25:33 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Crim. No. 04-30061 |
| | ) | |
| CHRISTIAN WELCH, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO CONTINUE

NOW COMES the Defendant CHRISTIAN WELCH, by Douglas J. Beevers, his appointed counsel, and moves this Honorable Court to continue the final pre-trial and trial in this cause.  In support thereof, defendant states as follows:

1.  This case is set for a final pre-trial conference on Friday, February 4, 2005 at 9:00 a.m. and for trial on Monday, February 7, 2005 at 9:00 a.m.;

2.  Defendant is in custody;

3.  The parties are working on a possible negotiated resolution of this case;

4.  It is in the interest of both parties to seek a continuance to allow the opportunity to resolve these issues;

5.  AUSA Estabon Sanchez has no objection to the requested continuance;

6. This motion is not made for the purpose of delay but in the interests of justice for the reasons herein set forth.

1

WHEREFORE, the defendant CHRISTIAN WELCH prays that this Honorable Court continue the scheduled final pre-trial and trial in this cause for approximately 30 days or as soon thereafter as convenient to the Court.

<div style="margin-left: 40%;">

Respectfully submitted,

RICHARD H. PARSONS,
Chief Federal Public Defender,

By:   s/ Douglas J. Beevers
Douglas J. Beevers
Assistant Federal Defender
600 East Adams Street, 2nd Floor
Springfield, Illinois  62701
Telephone: (217) 492-5070
Fax: (217) 492-5077
E-mail: douglas_beevers@fd.org

</div>

## PROOF OF SERVICE

I hereby certify that on January 26, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

AUSA Steve Sanchez
Office of the United States Attorney
318 S. Sixth Street
Springfield, IL 62701

<div style="margin-left: 40%;">

By:   s/ Douglas J. Beevers
Douglas J. Beevers
Assistant Federal Defender
600 East Adams Street, 2nd Floor
Springfield, Illinois  62701
Telephone: (217) 492-5070
Fax: (217) 492-5077
E-mail: douglas_beevers@fd.org

</div>