IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-30061 |
| | ) | |
| CHRISTIAN WELCH, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

JEANNE E. SCOTT, U.S. District Judge:

This matter comes before the Court on the Defendant's Motion to Continue (d/e 14). The pretrial conference is set for February 4, 2005. The trial is set for February 7, 2005. Defendant Welch requests a continuance to give the parties additional time to try to work out a negotiated resolution of this matter. The Government has no objection to the motion.

Based on the above justification, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the Defendant and the public in a speedy trial. 18 U.S.C. § 3161(h)(8)(a).

THEREFORE, the Defendant's Motion to Continue (d/e 14) is ALLOWED. The pretrial conference is continued to March 18, 2005, at

1

10:00 a.m.  The trial is continued to April 4, 2005, and 9:00 a.m.

IT IS THEREFORE SO ORDERED.

ENTER:  February 1, 2005.

    FOR THE COURT:

                                      s/ Jeanne E. Scott
                                      JEANNE E. SCOTT
                        UNITED STATES DISTRICT JUDGE