E-FILED
Friday, 18 March, 2005  11:00:01 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO. 04-30061 |
| ) | |
| CHRISTIAN J. WELCH, ) | |
| ) | |
| Defendant. ) | |

**PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

Petitioner, the United States of America, by Jan Paul Miller, United States Attorney, and Esteban F. Sanchez, Assistant United States Attorney, respectfully shows to this Honorable Court that Christian J. Welch (S01062; DOB: 4/13/70), is now confined in the Jacksonville Correctional Center, Jacksonville, Illinois, in the custody of the Warden thereof;

That Christian J. Welch was named as a defendant in the above-entitled cause and his appearance is necessary for Final Pretrial Conference/Change of Plea on March 31, 2005 at 11:00 A.M. at Springfield, Illinois.

That, in the interest of all parties, it is therefore necessary that Christian J. Welch be transported to the Central District of Illinois and be produced at the Federal Building at 600 East Monroe Street, Springfield, Illinois, by the hour of 11:00 A.M. on March 31, 2005, and remanded to the custody of the United States Marshal for further proceedings.

WHEREFORE, your Petitioner prays that a Writ of Habeas Corpus Ad Prosequendum be directed to the Warden of the Jacksonville Correctional Center, Jacksonville, Illinois and the United States Marshal for the Central District of Illinois,

commanding him to transport Christian J. Welch to the Central District of Illinois, and to produce Christian J. Welch, in the Federal Building at 600 East Monroe Street, Springfield, Illinois by the hour of 11:00 A.M. March 31, 2005 and as necessary on any date thereafter.

        UNITED STATES OF AMERICA

        JAN PAUL MILLER
        UNITED STATES ATTORNEY

        s:/ Esteban F. Sanchez
        Esteban F. Sanchez
        Illinois Bar No. 3123604
        Assistant United States Attorney
        318 South Sixth Street
        Springfield, IL   62701
        Telephone:  217/492-4450
        Facsimile: 217/492-4044
        Email: esteban.sanchez@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Douglas Beevers
Assistant Federal Defender
600 East Adams; 2nd Floor
Springfield, IL 62701

on March 18, 2005.

                                                s:/Esteban F. Sanchez