E-FILED
Friday, 18 March, 2005  11:01:07 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) NO. 04-30061 |
| CHRISTIAN J. WELCH, | ) |
| Defendant. | ) |

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO: THE WARDEN OF THE JACKSONVILLE CORRECTIONAL CENTER, JACKSONVILLE, ILLINOIS
THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF ILLINOIS

G R E E T I N G S:

We command you, the Warden of the Jacksonville Correctional Center, Jacksonville, Illinois and the United States Marshal for the Central District of Illinois, Springfield, Illinois, to produce Christian J. Welch (S01062; DOB: 4/13/70) in the Federal Building at 600 East Monroe Street, Springfield, Illinois, by the hour of 11:00 a.m. on March 31, 2005, then and there to appear before the United States District Court for the Final Pretrial Conference and after Christian J. Welch has so then and there appeared, that you present the defendant and remand him to the custody of the United States Marshal for further proceedings.

WITNESS the Honorable John M. Waters, United States District Clerk of this court, and the seal thereof, at the City of Springfield, this _____ day of _____, 2005.

_____
JOHN M. WATERS, Clerk
United States District Court
Central District of Illinois