IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-30061 |
| | ) | |
| CHRISTIAN J. WELCH, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

JEANNE E. SCOTT, U.S. District Judge:

This matter coming on to be heard on the Petition of the Government, and it appearing to the Court that Christian J. Welch (S01062; DOB: 4/13/70), is presently incarcerated at the Jacksonville Correctional Center, Hillsboro, Illinois; it further appearing that Christian J. Welch was named as a Defendant in the above-entitled cause and his appearance is necessary in connection with these proceedings for Final Pre-Trial/Change of Plea hearing on March 31, 2005 at 11:00 A.M.

IT IS THEREFORE ORDERED that a Writ of Habeas Corpus Ad Prosequendum be issued commanding the Warden of the Jacksonville Correctional Center, Jacksonville, Illinois, and the United States Marshal for

1

the Central District of Illinois, to transport Christian J. Welch to the Central District of Illinois and to produce Christian J. Welch on March 31, 2005 at 11:00 A.M. before the Honorable Jeanne E. Scott in the Federal Building at 600 East Monroe Street, Springfield, Illinois, in connection with this cause and then and there to present the Defendant and remand him to the custody of the United States Marshal for further proceedings.

ENTER:  March 18, 2005.

    FOR THE COURT:

                                  s/ Jeanne E. Scott
                                  JEANNE E. SCOTT
                    UNITED STATES DISTRICT JUDGE