IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   NO.  04-30061 |
| | ) |
| CHRISTIAN J. WELCH, | ) |
| | ) |
| Defendant. | ) |

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO:   THE WARDEN OF THE JACKSONVILLE CORRECTIONAL CENTER,
       JACKSONVILLE, ILLINOIS
       THE UNITED STATES MARSHAL FOR THE CENTRAL
       DISTRICT OF ILLINOIS

G R E E T I N G S:

We command you, the Warden of the Jacksonville Correctional Center, Jacksonville, Illinois and the United States Marshal for the Central District of Illinois, Springfield, Illinois, to produce Christian J. Welch (S01062; DOB: 4/13/70) in the Federal Building at 600 East Monroe Street, Springfield, Illinois, by the hour of 11:00 a.m. on March 31, 2005, then and there to appear before the United States District Court for the Final Pretrial Conference and after Christian J. Welch has so then and there appeared, that you present the defendant and remand him to the custody of the United States Marshal for further proceedings.

WITNESS the Honorable John M. Waters, United States District Clerk of this court, and the seal thereof, at the City of Springfield, this ____18th___ day of _____March_____, 2005.

　　　　　　　　　　　　　　　　　　　　　___s/John M. Waters_____
　　　　　　　　　　　　　　　　　　　　　JOHN M. WATERS, Clerk
　　　　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　　　Central District of Illinois