United States District Court
xxx

IN THE ~~CIRCUIT COURT~~ OF THE _____ JUDICIAL CIRCUIT

_____ COUNTY, ILLINOIS

**PEOPLE OF THE STATE OF ILLINOIS**              )
                                                 )
                    v.                           )    Case No. 04-30061
                                                 )
Christian Welch                                  )
                                                 )

To:  Warden  Jonathan R. Walls
             Jacksonville Correctional Center

Re:  Offender  Christian Welch
     Offender # S01062

## ORDER OF HABEAS CORPUS

YOU ARE HEREBY COMMANDED, pursuant to 735 ILCS 5/10-135, as amended, to have the body of the above-named offender of the Illinois Department of Corrections, imprisoned and detained by you, before the Honorable JEANNE SCOTT of the ~~Circuit Court of~~ US DISTRICT COURT ~~County~~, Room 1, 600 E. MONROE (address), SPRINGFIELD, Illinois. The body aforementioned is to be brought before the Court on 07-29-05 (date) at 3:30 ☒ p.m.

Transport shall not take place until the Warden or his or her designee has been served with an original or certified copy of this order.

Enter:    s/Jeanne E. Scott
          US DISTRICT ~~Circuit~~ Judge

Date: 03-31-05