UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | CRIMINAL NO. 04-30061 |
| CHRISTIAN J. WELCH, ) | |
| Defendant. ) | |

**MOTION TO CONTINUE SENTENCING**

The United States of America, by Jan Paul Miller, United States Attorney, and Esteban F. Sanchez, Assistant United States Attorney, respectfully requests this Court to continue the sentencing in this cause. Sentencing is presently set for July 29, 2005, at 3:30 p.m. In support hereof, the government states as follows:

1. The undersigned has to leave to travel to Puerto Rico for a family medical emergency and will be out of the country on July 29, 2005. The undersigned will be back in the office on Tuesday, August 2, 2005.

2. The undersigned has contacted counsel for the defendant and he has no objection to a continuance of the sentencing.

WHEREFORE, the government respectfully requests this Court to continue the sentencing in this matter to a date after August 2, 2005.

                Respectfully Submitted,

                s/Esteban F. Sanchez
                Assistant United States Attorney
                318 South Sixth Street
                Springfield, IL 62701
                (217) 492-4450
                Fax: (217) 492-4512
                esteban.sanchez@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

    Douglas Beevers
    Assistant Federal Public Defender
    600 E. Adams
    Second Floor
    Springfield, IL 62701

    s/Esteban F. Sanchez
    Assistant United States Attorney
    318 South Sixth Street
    Springfield, IL 62701
    (217) 492-4450
    Fax: (217) 492-4512
    esteban.sanchez@usdoj.gov