E-FILED
Thursday, 04 August, 2005 04:02:17 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CRIMINAL NO: 04-30061 |
| CHRISTIAN J. WELCH, | ) ) ) |
| Defendant. | ) |

**ORDER**

This matter coming on to be heard on the Petition of the government, and it appearing to the Court that Christian J. Welch (S01062; date of birth 4/13/70), is now confined in the Jacksonville Correctional Center, Jacksonville, Illinois, in the custody of the Warden thereof, it further appearing that the said Christian J. Welch is the defendant in this cause and his appearance is necessary in connection with the above hearing on August 12, 2005 at 3:30 p.m.

IT IS, THEREFORE, ORDERED that a Writ of Habeas Corpus Ad Prosequendum be issued commanding the Warden of Jacksonville Correctional Center, Jacksonville, Illinois, and the United States Marshal for the Central District of Illinois, Springfield, Illinois, to transport Christian Welch to the Central District of Illinois and to produce him before the Honorable Jeanne E. Scott in the Federal Building at 600 East Monroe Street, Springfield, Illinois, on August 12, 2005 at 3:30 p.m. at 9:00 a.m., and on any date necessary for hearing and from day to day thereafter until he shall have been released.

s/Jeanne E. Scott
_____
Jeanne E. Scott, United States District Judge

ENTERED: This 2nd day of August, 2005.