E-FILED
Wednesday, 17 August, 2005 05:07:22 PM
Friday, 18 March, 2005 04:05:07 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. 04-30061 |
| | ) | |
| CHRISTIAN J. WELCH, | ) | |
| | ) | |
| Defendant. | ) | |

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO:   THE WARDEN OF THE JACKSONVILLE CORRECTIONAL CENTER,
JACKSONVILLE, ILLINOIS
THE UNITED STATES MARSHAL FOR THE CENTRAL
DISTRICT OF ILLINOIS

G R E E T I N G S:

We command you, the Warden of the Jacksonville Correctional Center, Jacksonville, Illinois and the United States Marshal for the Central District of Illinois, Springfield, Illinois, to produce Christian J. Welch (S01062; DOB: 4/13/70) in the Federal Building at 600 East Monroe Street, Springfield, Illinois, by the hour of 11:00 a.m. on March 31, 2005, then and there to appear before the United States District Court for the Final Pretrial Conference and after Christian J. Welch has so then and there appeared, that you present the defendant and remand him to the custody of the United States Marshal for further proceedings.

WITNESS the Honorable John M. Waters, United States District Clerk of this court, and the seal thereof, at the City of Springfield, this ____18th____ day of _____March_____, 2005.

s/John Waters

____s/John M. Waters_____
JOHN M. WATERS, Clerk
United States District Court
Central District of Illinois

I have partially executed this writ by taking custody of the within named ___Christian Welch___
at ___Jacksonville CC___
on ___3-31-05___ and transported him to the ___Federal Bldg.___ at ___Springfield, IL & return to IDOC___
on ___3-31-05___.

U. S. MARSHAL,

___R. Hollenback for IDOC 1/1/03___
DEPUTY U. S. MARSHAL