**E-FILED**
Tuesday, 24 January, 2006  04:00:08 PM
Clerk, U.S. District Court, ILCD

RETURN RECEIPT FOR PRE-SENTENCE REPORT/SENTENCING RECOMMENDATION/STATEMENT OF REASONS/VIOLATION REPORT

Case Name: USA v CHRISTIAN WELCH

Case Number: 04-CR-30061

The appeal time having expired and/or the appeal having been concluded, the original Sealed Pre-sentence Report and Sentencing Recommendation and Statement of Reasons were returned to the U.S. Probation Office on September 28, 2005.

Received by:

*[signature]*
U.S. Probation office

Date: 10/7/05